THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDY IMESON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EAGLE VIEW TECHNOLOGIES, INC. and DOES 1-5 inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-00468-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO SERVE PRETRIAL STATEMENT**<br><br>NOTE ON MOTION CALENDAR:<br>April 4, 2014 |

1.　Pursuant to the Order Setting Trial Date & Related Dates entered by this Court on May 30, 2013 ("May 30, 2013 Order"), the agreed pretrial order is due on April 30, 2014. Dkt. No. 10.

2.　 Pursuant to the May 30, 2013 Order and LCR 16(h), plaintiff's deadline to serve her pretrial statement on defendant Eagle View Technologies, Inc. is March 31, 2014.

3.　Plaintiff has not yet served her pretrial statement as of the date of this motion. Declaration of Nicole Tadano in Support of Stipulated Motion to Extend Deadline to Serve Pretrial Statement ("Tadano Decl.") ¶ 2.

4.　Pursuant to the May 30, 2013 Order and LCR 16(i), defendant Eagle View's pretrial statement is due April 10, 2014.  Eagle View is required to make objections, additions, or changes to portions of plaintiff's pretrial statement; identify witnesses not already identified

by plaintiff; list exhibits not already listed by plaintiff; and otherwise respond to plaintiff's pretrial statement within the 10 days allotted to Eagle View under LCR 16.

5. The Court may, for good cause, extend the time with motion if a request is made before the original time expires.

6. The parties' counsel have conferred, and plaintiff's counsel has agreed to serve plaintiff's pretrial statement as soon as practicable, which plaintiff's counsel asserts is April 7, 2014. Tadano Decl. ¶ 3.

7. The parties stipulate and respectfully request that the Court grant this motion and extend the deadline for Eagle View to serve its pretrial statement to April 17, 2014.

Respectfully submitted this 4th day of April, 2014.

| PREMIER LAW GROUP, PLLC | DLA PIPER LLP (US) |
|---|---|
| *s/ Ada Wong (with permission)* | *s/ Nicole M. Tadano* |
| Ada K. Wong, WSBA No. 45936<br>3380 146th Place SE, Suite 430<br>Bellevue, WA 98007<br>Tel: (206) 285-1743<br>Fax: (206) 599-6316<br>Email: ada@plg-pllc.com<br><br>Attorney for Plaintiff Cindy Imeson | Nicole M. Tadano, WSBA No. 40531<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104<br>Tel: (206) 839-4800 / Fax: (206) 839-4801<br>Email: nicole.tadano@dlapiper.com<br><br>Attorney for Defendant<br>Eagle View Technologies, Inc. |

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 7, 2014

Marsha J. Pechman
Chief United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE TO
SERVE PRETRIAL STATEMENT - 2
2:13-cv-00468-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

- **Andrew Ramiro Escobar**
  andrew.escobar@dlapiper.com,karen.hansen@dlapiper.com

- **Darryl Parker**
  dparker@plg–pllc.com,carrie@plg–pllc.com,smith@plg–pllc.com,ada@plg–pllc.com

- **Nicole M. Tadano**
  nicole.tadano@dlapiper.com,patsy.howson@dlapiper.com

- **Ada Ko Wong**
  ada@plg–pllc.com,smith@plg–pllc.com,adakowong.esq@gmail.com,darryl@plg–pllc.com

Dated this 4th day of April, 2014.

                                         *s/ Nicole M. Tadano*
                                         Nicole M. Tadano, WSBA No. 40531

WEST\247692912.1

STIPULATED MOTION TO EXTEND DEADLINE TO
SERVE PRETRIAL STATEMENT - 3
2:13-cv-00468-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800